UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 14-3358-SVW (JPR)**                                    Date: **April 8, 2016**

Title:  **Rolando Sanchez v. Warden Paramo**
================================================================
**DOCKET ENTRY: Order to Show Cause and Lifting Previously Imposed Stay**
================================================================
PRESENT:

**HON. JEAN P. ROSENBLUTH, MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PETITIONER:            ATTORNEYS PRESENT FOR RESPONDENT:
        None present                                                                    None present

**PROCEEDINGS: (IN CHAMBERS)**

     This habeas case was previously stayed to allow Petitioner to exhaust certain claims in state court.  Under the terms of the Court's May 27, 2015 Order – of which Petitioner has been reminded several times – he was required to file a motion seeking leave to amend his Petition to add any newly exhausted claims no later than 30 days after the California Supreme Court denied his habeas petition.  The Court's review of the California Appellate Courts Case Information website shows that that petition was denied on February 24, 2016.  (The Court's stay is therefore ORDERED lifted.)  To date Petitioner has not filed a motion for leave to amend the Petition.

     Petitioner has been warned on numerous occasions about the consequences of failing to obey the Court's orders.  Accordingly, no later than 30 days from the date of this Order, he must show cause in writing why the Court should not simply proceed to adjudicate the originally exhausted claims of the Petition.  If Petitioner files a motion for leave to amend the Petition within that same time period, the OSC will automatically be discharged.  Respondent may then file a response to the motion within 21 days of its filing, and Petitioner may file a reply within 14 days of service of the response.  The matter will stand submitted for decision at that time.