# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO SANCHEZ,<br><br>   Petitioner,<br><br>   v.<br><br>WARDEN PARAMO,<br><br>   Respondent. | Case No. CV 14-3358-SVW (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

   IT THEREFORE IS ORDERED that Petitioner's motion for a stay is denied and Respondent is ordered to file an answer to the exhausted subclaims of ground one and grounds two, three, and four of the Petition within 30 days of the date of this order.

DATED: March 16, 2017

_____
STEPHEN V. WILSON
U.S. DISTRICT JUDGE