# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO SANCHEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PATRICK COVELLO, Warden,<br><br>　　　　Respondent. | Case No. CV 14-3358-SVW (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

　　The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636(b)(1). No objections have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

　　IT THEREFORE IS ORDERED that the Petition is denied and Judgment be entered dismissing this action with prejudice.

DATED: September 27, 2019

STEPHEN V. WILSON
U.S. DISTRICT JUDGE