JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO SANCHEZ,<br><br>        Petitioner,<br><br>        v.<br><br>PATRICK COVELLO, Warden,<br><br>        Respondent. | Case No. CV 14-3358-SVW (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 27, 2019

                                              STEPHEN V. WILSON
                                              U.S. DISTRICT JUDGE